ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
ROBERT W. LINDER, ESQ.
Nevada Bar No.
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Plaintiff*
**LV DIAGNOSTICS, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LV DIAGNOSTICS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>THE HARTFORD FINANCIAL SERVICES GROUP, INC., a Connecticut corporation; SENTINEL INSURANCE COMPANY, LTD., a Connecticut corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:17-cv-01371-JCM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS (First Request)** |

COMES NOW Plaintiff, LV DIAGNOSTICS, LLC and Defendants THE HARTFORD FINANCIAL SERVICES GROUP, INC., and SENTINEL INSURANCE COMPANY, LTD., by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On May 22, 2017, Defendants filed Motions to Dismiss herein [ECF #5 and #6]. Plaintiff's response to said Motion is present due on June 5, 2017.

2. Due to illness, Plaintiff's counsel has been unable to properly evaluate and respond to Defendants' Motions.

**ROGER P. CROTEAU & ASSOCIATES, LTD.**
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

3. LV DIAGNOSTICS, LLC shall have an additional period of time until and including June 8, 2017, in which to file a Response to Defendants' Motions to Dismiss.

4. This Stipulation is made in good faith and not for purposes of delay.

Dated this 5th day of June, 2017.

ROGER P. CROTEAU & ASSOCIATES, LTD.   AKERMAN LLP

/s/ *Robert W. Linder*
ROBERT W. LINDER, ESQ.
Nevada Bar No. 7
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
*Attorney for Plaintiff*
**LV DIAGNOSTICS, LLC**

/s/ *William S. Habdas*
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
1160 Town Center Dr., Ste. 330
Las Vegas, Nevada 89144
702-634-5000
*Attorney for Defendants*
*THE HARTFORD FINANICAL SERVICES GROUP, INC. and SENTINEL INSURANCE COMPANY, LTD.*

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE

DATE: June 6, 2017

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this  5th  day of June, 2017, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**  to the following parties:

Darren T. Brenner, Esq.
William S. Habdas, Esq.
AKERMAN LLP
1160 Town Center Dr., Ste. 330
Las Vegas, NV 89144
702-634-5000
William.habdas@akerman.com
*Attorney for Defendants*

 /s/ *Mindy B. Keck*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.