UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LV DIAGNOSTICS, LLC, <br><br> Plaintiff, <br> v. <br><br> THE HARTFORD FINANCIAL SERVICES GROUP, INC., et al., <br><br> Defendants. | Case No. 2:17-cv-01371-JCM-PAL <br><br> ORDER <br><br> (Stip to Stay Disc – ECF No. 14) |

Before the court is the parties' Stipulation and Order to Stay Discovery Pending Ruling on Motion to Dismiss (ECF No. 14). The parties propose staying all discovery in this case until decision on defendant Hartford's Motion to Dismiss (ECF No. 5). The motion to dismiss argues The Hartford Financial Services Group, Inc. is not the insurer of the policy at issue in the complaint and therefore is not a proper party defendant. The motion claims that the policy at issue, which was attached to plaintiff's complaint, was issued by Sentinel Insurance Co., Ltd. Both defendants are represented by the same counsel and no reason is given for why discovery should not proceed with respect to defendant Sentinel. Accordingly,

**IT IS ORDERED** that the parties' Stipulation and Order to Stay Discovery Pending Ruling on Motion to Dismiss (ECF No. 14) is **DENIED**. The parties shall have until **July 11, 2017**, to submit a proposed discovery plan and scheduling order.

DATED this 29th day of June, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE