UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LV DIAGNOSTICS, LLC,<br><br>　　　　　　　　Plaintiff,<br>v.<br>HARTFORD FINANCIAL SERVICES GROUP, INC., et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:17-cv-01371-JCM-PAL<br><br>ORDER<br><br>(Stip Ext DPSO – ECF No. 31) |

Before the court is the parties' Stipulation and Order to Extend Discovery Deadlines (Fourth Request) (ECF No. 31). A review of the docket shows that the parties have received three prior extensions of the discovery plan and scheduling order deadlines. *See* Orders (ECF Nos. 23, 26, 29). The current stipulation was filed on the last day of the third extension of the discovery deadline. Furthermore, the last Order (ECF No. 29) extending the deadlines specifically stated that no further extensions would be granted. In spite of that, the parties yet seek a further 60-day extension because of information learned at a deposition that the parties delayed taking until June 26, 2018—two days before the discovery cutoff.

For these reasons,

**IT IS ORDERED** that the parties' Stipulation and Order to Extend Discovery Deadlines (Fourth Request) (ECF No. 31) is **DENIED**.

DATED this 23rd day of July, 2018.

　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE