1  DARREN T. BRENNER, ESQ.
   Nevada Bar No. 8386
2  JAMIE K. COMBS, ESQ.
   Nevada Bar No. 13088
3  **AKERMAN LLP**
   1635 Village Center Circle, Suite 200
4  Las Vegas, Nevada 89134
   Telephone: (702) 634-5000
5  Facsimile:  (702) 380-8572
   Email: darren.brenner@akerman.com
6  Email: jamie.combs@akerman.com

7  *Attorneys for Hartford Financial*
   *Services Group, Inc., and Sentinel Insurance*
8  *Company, Ltd.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LV DIAGNOSTICS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE HARTFORD FINANCIAL SERVICES GROUP, INC., a Connecticut corporation; SENTINEL INSURANCE COMPANY, LTD., a Connecticut corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-01371-JCM-PAL<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

PLEASE TAKE NOTE that Plaintiff LV Diagnostics, LLC (**LVD**) and Defendant Sentinel Insurance Company, Ltd. (**Sentinel**)[1] by and through their respective counsel of record, hereby stipulate and agree to dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

. . .

. . .

. . .

. . .

---

[1] Defendant Hartford Financial Services Group, Inc. was previously dismissed.

47845659;1

*LV Diagnostics, LLC vs. The Harford Financial Services Group, Inc.*
*2:17-cv-01371-JCM-PAL*

Each party to bear its own costs and fees.

DATED this _15th_ day of February, 2019.

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
|---|---|
| */s/ Jamie K. Combs*<br>DARREN BRENNER, ESQ.<br>Nevada Bar No. 8276<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Hartford Financial Services Group, Inc., and Sentinel Insurance Company, Ltd.* | */s/ Roger P. Croteau*<br>ROGER P. CROTEAU, ESQ.<br>Nevada Bar No. 4958<br>2810 West Charleston Boulevard, Suite 75<br>Las Vegas Nevada 89102<br><br>*Attorneys for LV Diagnostics, LLC* |

## **ORDER**

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED, ADJUDGED AND DECREED that the above-entitled action be dismissed with prejudice, each party to bear its own costs and fees.

_____
**UNITED STATES DISTRICT COURT JUDGE**

**DATED:** February 20, 2019

47845659;1